# COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE:   Docket Number 2018-KA-1731

State of Louisiana

- - versus - -

Justin Edward Patterson

16th Judicial District Court

Case # 2013190882

St. Mary Parish

On Application for Rehearing filed 07/12/2019 by Justin Edward Patterson

Rehearing _____ **DENIED** _____

_____
J. Michael McDonald

_____
William J. Crain

_____
Guy Holdridge

Date _October 16, 2019_

_____
Rodd Naquin, Clerk of Court